UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-00311-DC |
| Plaintiff, | |
| v. | ORDER |
| DANIEL CHARTRAW, | |
| Defendant. | |

Due to this court's trial schedule, and in order to more effectively allocate this District's judicial resources and to ensure this and other pending actions will be tried fairly and on the schedule currently set, this court inquired whether United States District Judge William B. Shubb is available to try this case. Judge Shubb has indicated he is willing to preside over the trial of this action.

Accordingly, this case is hereby reassigned to Senior District Judge William B. Shubb for all further proceedings. District Judge Dena M. Coggins is no longer assigned to the case. The case number on all future filed documents shall be: 2:24-cr-00311-WBS.

/////

/////

/////

/////

1

**The trial will proceed as previously ordered**, beginning on Tuesday, April 28, 2026 at 9:00 a.m., *see* Doc. No. 35, albeit in Courtroom 5 before Senior District Judge William B. Shubb.

IT IS SO ORDERED.

Dated:    **March 17, 2026**

Dena Coggins
United States District Judge

I accept this reassignment as set forth above.

Dated: March 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2