# Exhibit 1

| | |
|---|---|
| **From:** | Delaney, Jessica (USACAE) |
| **To:** | Andrew Flier |
| **Subject:** | US Business Records |
| **Date:** | Friday, March 13, 2026 12:22:25 PM |
| **Attachments:** | US MiL to Admit Business Recordsv.2 v.3.pdf |

Mr. Flier,

Attached is the government's motion to admit business records.  If you don't have any objection to the foundation/authentication of these records, we can enter into a stipulation rather than filing a motion that the court has to resolve.

Please let us know no later than March 22, 2026 if you are willing to enter into a stipulation or whether we should file the motion.

Thank you!

**Jessica Delaney | Assistant United States Attorney | Eastern District of California**

Robert T. Matsui United States Courthouse **|** 501 I Street, Suite 10-100 **|** Sacramento, CA 95814 t. (916) 554-2785 **|**  e. jessica.delaney2@usdoj.gov