ERIC GRANT
United States Attorney
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DANIEL CHARTRAW,<br><br>                    Defendant. | CASE NO.  2:24-CR-00311-WBS<br><br>GOVERNMENT'S WITNESS LIST<br><br>DATE: April 28, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits the following list of witness it may call in its case-in-chief:

1.  Robert Amenta

2.  Bruce Beckley

3.  Chad Collier

4.  Trisha Hamilton

5.  Thomas Harlan

6.  Rosemary Hennessy

7.  Alison Hitz-Vukich

8.  Matthew Houston

9.  Kellee Koeppen

10. Tanya Konrad

GOVERNMENT'S WITNESS LIST

1

11. Melissa Krzaczek

12. Aleksandr Legkiy

13. Caleb Moretti

14. Christian Morton

15. Samir Patel

16. Nicholas Phirippidis

17. Clayton Porscha

18. Jarnell Stokes

19. Jennifer Tate

20. Christifer Tomoson

In addition, the government may also call custodians of records for the following companies, though the specific individuals have not yet been identified:

1. Coinbase

2. Google

Dated:  April 10, 2026

ERIC GRANT
United States Attorney

By:  /s/ JESSICA DELANEY
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys

GOVERNMENT'S WITNESS LIST

2