ERIC GRANT
United States Attorney
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00311-WBS |
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | DATE: April 28, 2026 |
| DANIEL CHARTRAW, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief:

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---------|-------------|-------------|------------|----------|
| 101 | Crypto-Pal Slide Deck | CHARTRAW_PO_ 00004060 – 4069 | | |
| 102 | TDA Global Systems, LLC Articles of Organization | CHARTRAW_PO_ 00004592 – 4627 | | |
| 103 | Structure and Investment Plan | CHARTRAW_PO_ 00004546 – 4561 | | |
| 104 | NeoFlow Investing in the Digital World | CHARTRAW_PO_ 00003046 – 3066 | | |
| 105 | NeoFlow Banking and Security | CHARTRAW_PO_ 00003067 – 3070 | | |
| 106 | TDA Global Systems Website | CHARTRAW_PO_ 00003564 – 3565 | | |

| 107 | TDA Global Client Welcome Packet | CHARTRAW_PO_ 00004438 – 4544 | | |
|---|---|---|---|---|
| 201 | Apr. 22, 2021 Email from Clayton to FOMO, LLC | CHARTRAW_PO_ 00003838 | | |
| 202 | May 7, 2021 Email from Sam to Crypto-Pal | CHARTRAW_PO_ 00003822 | | |
| 203 | Jun. 17, 2021 Email from Clayton to Crypto-Pal | CHARTRAW_PO_ 00003772 | | |
| 204 | Jul. 12, 2021 Email to tdventures | CHARTRAW_PO_ 00003771 | | |
| 205 | Jul. 17, 2021 Email from Dan Logistical Consultant to Alison | CHARTRAW_PO_ 00005400 | | |
| 205A | Attachment to email | CHARTRAW_ 00000362 | | |
| 206 | Sept. 14, 2021 Email from Dan Logistical Consultant to Alison | CHARTRAW_PO_ 00003747 | | |
| 207 | Nov. 11, 2021 Email exchange between Alison, Dan Logistical Consultant, and Le Chartraw | CHARTRAW_PO_ 00003763 | | |
| 208 | Text Messages Between Alison Hitz-Vukich and "Crypto Dan" and Todd Owen | CHARTRAW_PO_ 00003197 – 3198 | | |
| 209 | Text Messages Between Alison Hitz-Vukich and "Crypto Dan" and "Christian" | CHARTRAW_PO_ 00003254 – 3255 | | |
| 210 | Jun. 26, 2022 Email between Jarnell Stokes, Dan Chartraw, and William Murphy | CHARTRAW_PO_ 00003621 | | |
| 211 | Oct. 14, 2022 Email exchange between "Leon Chartraw" and Jarnell Stokes | CHARTRAW_PO_ 00003610 – 3611 | | |
| 212 | Cell Phone Extraction | CHARTRAW_PO_ 00005302 | | |
| 213 | May 24, 2021 Text Messages Between Christian Morton and Daniel Chartraw | CHARTRAW_PO_ 00005302, pgs. 384-385 | | |
| 214 | June 8, 2021 Text Message Between Christian Morton and Chartraw | CHARTRAW_PO_ 00005302 Pg. 417 | | |

GOVERNMENT'S EXHIBIT LIST

2

| 215 | June 28, 2021 Text Message Between Christian Morton and Chartraw | CHARTRAW_PO_ 00005302 Pg. 475 - 479 | | |
|---|---|---|---|---|
| 216 | Jul. 17, 2021 Text messages between Christian Morton and Daniel Chartraw | CHARTRAW_PO_ 00005302, pgs. 546-547 | | |
| 217 | Jul. 27, 2021 Text messages between Christian Morton and Daniel Chartraw | CHARTRAW_PO_ 00005302, pg. 576 | | |
| 218 | Nov. 23, 2021 Email from Alison Hitz-Vukich to Crypto-Pal members | CHARTRAW_PO_ 00005412 | | |
| 219 | Dec. 23, 2021 email from Christian Morton to Crypt-Pal members | CHARTRAW_PO_ 00003190-3191 | | |
| 220 | Nov. 2, 2021 Text Message Between Todd Owen and Chartraw | CHARTRAW_PO_ 00005302 Pg. 1119 - 1120 | | |
| 221 | Nov. 15, 2021 Text Message Between Todd Owen and Chartraw | CHARTRAW_PO_ 00005302 Pg. 1154 - 1159 | | |
| 301 | FOMO Investment Management Agreement | CHARTRAW_PO_ 00004113 – 4120 | | |
| 302 | Patel Convertible Note Purchase Agreement | CHARTRAW_PO_ 00003823 – 3830 | | |
| 303 | Patel Convertible Promissory Note | CHARTRAW_PO_ 00003831 – 3833 | | |
| 304 | Patel Crypto Pal $750,000 Obligation Term Sheet | CHARTRAW_PO_ 00003834 – 3837 | | |
| 305 | Collier Convertible Promissory Note | CHARTRAW_PO_ 00005066 – 5068 | | |
| 306 | Patel Letter of Notification: Crypto Pal Convertible Debt | CHARTRAW_PO_ 00003807 | | |
| 307 | Collier Letter of Notification Crypto Pal Convertible Debt | CHARTRAW_PO_ 00003806 | | |
| 308 | Hitz-Vukich Crypto Currency Investment Agreement | CHARTRAW_PO_ 00003369 – 3373 | | |
| 309 | Hitz-Vukich Second Crypto Currency Investment Agreement | CHARTRAW_PO_ 00005152 – 5155 | | |

| 310 | Morton Crypto Currency Investment Agreement | CHARTRAW_PO_ 00005094 – 5096 | | |
|---|---|---|---|---|
| 311 | Tate Investment Management Agreement | CHARTRAW_PO_ 00003037 – 3044 | | |
| 312 | Hamilton Stock Purchase Agreement | CHARTRAW_PO_ 00003787 – 3795 | | |
| 313 | Stokes Capital Enhancement Program Agreement | CHARTRAW_PO_ 00003599 – 3603 | | |
| 314 | Moretti Employment Agreement Crypto-Pal | CHARTRAW_PO_ 00005135 – 5138 | | |
| 401 | Bank of America Crypto-Pal LLC 12/1/2021-12/31/2021 | CHARTRAW_PO_ 00000800 – 849 | | |
| 402 | Global Payments Reporting – US Wire | CHARTRAW_PO_ 00000666 | | |
| 403 | Sept. 17, 2021 Email from L Chartraw | CHARTRAW_PO_ 00003317 | | |
| 403A | Attachment to Sept. 17, 2021 email | CHARTRAW_PO_ 00003319 – 3324 | | |
| 404 | Oct. 26, 2021 Email from TDA Global Systems, LLC to Jennifer Tate | CHARTRAW_PO_ 00003035 – 3036 | | |
| 405 | Tate Bitcoin Transfer, Oct. 27, 2021 | CHARTRAW_PO_ 00003399 | | |
| 406 | Tate Bitcoin Transfer, Oct. 27, 2021, 20:13 | CHARTRAW_PO_ 00003400 | | |
| 407 | Tate Bitcoin Transfers Nov. 3, 2021 | CHARTRAW_PO_ 00003398 | | |
| 408 | Tate Bitcoin Transfer, Nov. 24, 2021 | CHARTRAW_PO_ 00003382 | | |
| 409 | Tate Bitcoin Transfer, Nov. 24, 2021 | CHARTRAW_PO_ 00003383 | | |
| 410 | Coinbase Records | CHARTRAW_PO_ 00002257 | | |
| 501 | Summary Chart – Crypto-Pal Bank Account | CHARTRAW_PO_ 00005546 | | |
| 502 | Summary Chart – Crypto-Pal Bank Account Pivot Table | CHARTRAW_PO_ 00005545 | | |
| 503 | Summary Chart – Fund Tracing | CHARTRAW_PO_ 00005541 | | |
| 503A | Summary Chart – Fund Tracing Crypto-Pal | CHARTRAW_PO_ 00005544 | | |
| 503B | Summary Chart – Fund Tracing Tate | CHARTRAW_PO_ 00005543 | | |

GOVERNMENT'S EXHIBIT LIST

4

| 503C | Summary Chart – Fund Tracing Stokes | CHARTRAW_PO_ 00005542 | | |
|------|-------------------------------------|-----------------------|--|--|
| 504 | Bank of the West Account Statements | CHARTRAW_PO_ 00001059 - 1088 | | |
| 505 | Leon Chartraw Microsoft Account | CHARTRAW_PO_ 00002244 | | |
| 601 | Hitz-Vukich 302 | CHARTRAW_PO_ 00003121 | | |
| 602 | Morton 302 | CHARTRAW_PO_ 00000001 | | |
| 603 | Tate 302 | CHARTRAW_PO_ 00003033 | | |
| 604 | Stokes 302 | CHARTRAW_PO_ 00003454 | | |
| 605 | Porscha 302 | CHARTRAW_PO_ 00003502 | | |
| 606 | Sept. 10, 2024 Email | CHARTRAW_PO_ 00003805 | | |
| 607 | April 5, 2021 Zoom Meeting Confirmation | CHARTRAW_PO_ 00003918 | | |

Dated:  April 10, 2026

ERIC GRANT
United States Attorney


By:  /s/ JESSICA DELANEY
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys

GOVERNMENT'S EXHIBIT LIST

5