Andrew R. Flier, Esq. (SBN 137372)
Leonard B. Levine, Esq. (SBN 50998)
Jeremy M. Babich, Esq. (SBN 327798)
Levine, Flier and Flier, LLP.
16133 Ventura Blvd., Suite 1140
Phone: (818) 990-9500 | Fax: (818) 990-1303
andrew@flierandflier.com

Attorney for Defendant,
Daniel Chartraw

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

       vs.

DANIEL CHARTRAW,

               Defendant.

Case No.: 2:24-CR-0311TLN

*Hon. Judge William B. Shubb*

### DANIEL CHARTRAW'S TRIAL MEMORANDUM

Defendant Daniel Chartraw ("Chartraw"), by counsel, hereby submits as follows his Trial Memorandum/Brief.

### 1)  STATUTES INVOLVED

The Indictment charges thirteen counts against Mr. Chartraw--wire fraud in violation of 18 U.S.C. § 1343 (12 Counts) and criminal forfeiture in violation of 18 U.S.C. § 981(a)(1)(c) and 18 U.S.C. § 2461(c).

The Government has alleged that Mr. Chartraw has committed fraud by representing that investors would receive a return on investments by investing into certain companies. Further,

- 1 -

that Mr. Chartraw "knowingly devised, intended to devise, and participated in, a material scheme and artifice to defraud investor-victims of money and property, and to obtain money and property from investor-victims by means of materially false and fraudulent pretenses, representations, and promises." (Indictment)

Further, the Government has alleged that Mr. Chartraw has specifically committed wire fraud by knowingly and intentionally utilizing interstate commerce to make untrue statements of material facts that are set forth in the Indictment.

The defense agrees with the substantive law section of the Government's trial brief.

2) **FACTS**

The Government has accused Mr. Chartraw of committing mail fraud by making false statements during the representation of investment opportunities. Mr. Chartraw has entered into pleas of not guilty.

3) **UNRESOLVED SUBSTANTIVE ISSUES OF LAW**

The Indictment alleges a scheme based on a series of false statements. The alleged statements that the Government contends which supports its charges of fraud must be provably false. If they are not, then there is no crime.

4) **EVIDENTIARY ISSUES**

a) Mr. Chartraw hereby requests that all **Jencks (18 U.S.C. § 3500) material** be provided. Mr. Chartraw requests that the United States produce this material in advance of the commencement of trial to avoid delays during the trial. Mr. Chartraw also requests a separation of witnesses. Finally, any statements that are attributed to Mr. Chartraw not provably false, and not material as a matter of the law, should not be admissible.

b) The defense objects to any evidence pertaining to Mr. Chartraw's prior guilty plea(s) pursuant to Fed. Rule of Evidence Sections 403 and 609. (ECF 39.)

c) The defense objects to any testimony that Mr. Chartraw allegedly told witnesses about his prior conviction for fraud.

d) The defense objects to any expert witness testimony from Mr. Legkiy, Mr. Phirippidis, and Ms. Konrad.

e) The defense objects to any Fed. R. Evid. 404(b) evidence being introduced in Mr. Chartraw's trial.

## 5) TRIAL PROBLEMS

Mr. Chartraw does not anticipate any trial problems. However, 1) the defense does have an objection to any late notice and the calling of expert witnesses, and 2) any evidence that Mr. Chartraw has fraud convictions (as to any prior record and that Mr. Chartraw told people working for him this fact).

## 6) PROPOSED VOIR DIRE QUESTION

Mr. Chartraw requests that the Court ask certain Voir Dire questions on the following areas. (See accompanying "Proposed Voir Dire" questions, ECF 50.)

## 7) PROPOSED JURY INSTRUCTIONS

Mr. Chartraw agrees with the Government's proposed jury instructions as they relate to the manual of model criminal jury instructions for the ninth circuit (2022 Edition).

## 8) VERDICT FORMS

Counsel agrees with the Government's proposed jury verdict forms.

## 9) EXHIBIT LIST (SEE SEPERATELY FILED EXHIBIT LIST)

Mr. Chartraw, by counsel, in accordance with the Court's deadline has timely disclosed to the Government exhibits that he may seek to offer into evidence at the trial in this case.

Mr. Chartraw reserves the right to adopt as exhibits any exhibits designated by the United States. Mr. Chartraw also reserves the right to designate additional exhibits because the discovery in this case is voluminous.

By virtue of this designation, Mr. Chartraw does not concede the admissibility of any exhibits and does not waive his rights to object to the admissibility of any exhibits on any grounds, including, but not limited to, authenticity, hearsay, relevance, or unfair prejudice.

1. All documents which may be discovered prior to trial that have not been produced.

2. Any exhibits identified by any party to this action.

3. Finance Bank Records.

4. Banking Invoices and Monthly Statements.

5. Documents obtained during searches of Mr. Chartraw's Personal and Financial records.

6. Bank records produced by the United States.

7. Any document produced in discovery.

8. Any exhibits necessary for rebuttal or impeachment.

9. Specific emails/correspondences submitted to the Government by the defense.

Mr. Chartraw reserves the right to introduce other rebuttal documents produced by the United States in discovery.

Dated: March 26, 2026                    Respectfully Submitted,

LEVINE, FLIER AND FLIER, LLP.

/s/ Andrew R. Flier
Attorney for Defendant,
DANIEL CHARTRAW

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2026, a copy of the foregoing was electronically filed using the CM/ECF System. A copy of the foregoing will then be served on all parties of record via the CM/ECF System.

Dated: April 10, 2026                    Respectfully Submitted,


LEVINE, FLIER AND FLIER, LLP.

/s/ Andrew R. Flier
Attorney for Defendant,
DANIEL CHARTRAW