ERIC GRANT
United States Attorney
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CHARTRAW,<br><br>Defendant. | CASE NO. 2:24-CR-00311-WBS<br><br>GOVERNMENT'S PROPOSED VOIR DIRE<br><br>DATE: April 28, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States of America, through its attorneys, Assistant U.S. Attorneys Jessica Delaney and J. Douglas Harman, requests that the following questions be asked in voir dire of prospective jurors in this case. These questions are in addition to the standard questions concerning each prospective juror's education, occupation, residence, family and prior experiences with the courts and the criminal justice system. The United States requests leave of court to propose additional voir dire questions prior to trial.

**A.**    **Standard Questions Regarding Knowledge of the Parties and the Court Process**

1.    Ask counsel to introduce themselves and identify the case agents/defendant.

a.    Do any members of the panel know the attorney for Daniel Chartraw, Defense Attorney Andrew Flier?

b.    Do any members of the panel know the Assistant United States Attorneys, Jessica Delaney or Douglas Harman?

c.    Do any members of the panel know the case agent in this case, Special Agent

Christifer Tomoson?

        d.      Do any members of the panel know the witnesses in this case?  (Read from Government's Witness List, and Defense Witness List, if filed)

2.      Have any of you ever served as a juror in a criminal or civil case or as a grand juror?  If so, what kind of case and did the jury come to a verdict in that case?  If the jury did not reach a verdict, is there anything about that experience that would make it difficult for you to serve as a juror in this case?

3.      Have any of you participated in a criminal trial or proceeding, for example, as a witness at a trial or before a grand jury?  If so, is there anything about the experience that might cause you to favor or disfavor either party in this case?

**B.**      **<u>Questions Regarding Law Enforcement</u>**

4.      Have you, any member of your family or relative, or any close friend ever been employed by a law enforcement agency (either as an officer or as a non-officer employee), including military law enforcement?

        a.      How do you know that person?

        b.      What was that person's job in the law enforcement agency?

5.      Have you, any member of your family or relative, or any close friend ever been employed by a prosecutorial agency, such as the U.S. Attorney's Office or a local District Attorney's office (either as a prosecutor or as a non-prosecutor employee)?

6.      Have you, any member of your family, or any close friend ever been found guilty of a crime, not including minor traffic offenses?

7.      Have you, any member of your family or relative, or any close friend ever been employed by a Public Defender's Office, a law firm handling criminal defense or criminal habeas work, or an organization that seeks to influence public policy regarding criminal law, incarceration, or prison conditions?

8.      Other than a political party, have you provided support, financial or otherwise, to an organization that seeks to influence public policy regarding criminal law, incarceration, or prison conditions?

9.      Have you, a member of your family or relative, or any close friend been a victim or witness to a crime?

**C.** **Questions Regarding the Subject Matter of the Case**

10. Have any of you read or heard anything about this case from any source?

11. Does anyone have any special training or experience in cryptocurrency trading?

12. Does anyone have any special training or experience in investment funds or the management of investment funds?

13. Have any of you, or any of your friends or relatives, ever invested in a start-up company?

**D.** **Other Questions Regarding Impartiality, Willingness to Follow the Law and Ability to Pay Attention**

14. Have you, or any of your friends or relatives, ever had a negative or positive experience with any law enforcement officer, the FBI, or the U.S. Attorney's Office?

15. If you are selected to be a member of this jury, the Court will instruct you that it is your duty to follow the law, regardless of what you believe the law is or ought to be.  Can everyone assure the parties that they will follow the Court's instructions on the law, regardless of what you personally believe the law is or ought to be?

16. Does anyone have any difficulty with the rule of law that a person charged with a crime is presumed innocent and need not present any evidence and the government at all times bears the burden of proving guilt beyond a reasonable doubt?

18. Is there any reason why you would not be able to give your full attention to this case?

19. Will any of you have difficulty seeing or hearing the witnesses?

20. Are you taking any medication that makes you sleepy or affects your ability to concentrate?

21. Do any of you have beliefs, whether it be religious, political or otherwise, that make it difficult for you to decide the guilt or innocence of another person?

22. Both the United States and the defendant are entitled to a fair and impartial trial. Sometimes, someone who is generally fair or impartial has something unique about themselves that would make it difficult for them to be fair in a particular case. Other than what we've already talked about, is there any reason why you could not be fair to both sides in this case?

//

//

GOVERNMENT'S PROPOSED VOIR DIRE

3

Respectfully submitted,

Dated:  April 10, 2026

ERIC GRANT
United States Attorney

By:  /s/ JESSICA DELANEY
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys