ERIC GRANT
United States Attorney
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00311-WBS |
| Plaintiff, | GOVERNMENT'S FIRST AMENDED EXHIBIT LIST |
| v. | DATE: April 28, 2026 |
| DANIEL CHARTRAW, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief. This list has been supplemented since the initial exhibit list, filed on April 10, 2026. To aid the Court and defense counsel in reviewing the first amended exhibit list, any changed exhibits are noted by bold typeface. New exhibits include 108 – 113, 222, 223, 506, and exhibits 701 – 706.[1]

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 101 | Crypto-Pal Slide Deck | CHARTRAW_PO_ 00004060 – 4069 | | |

---

[1] The United States does not anticipate introducing Exhibits 702-706 in it case-in-chief, but hereby presents advance notice of its intent to introduce such exhibits if the defendant should choose to testify, put his character at issue, or otherwise present a case such that those exhibits become relevant and admissible.

| 102 | TDA Global Systems, LLC Articles of Organization | CHARTRAW_PO_ 00004592 – 4627 | | |
|---|---|---|---|---|
| 103 | Structure and Investment Plan | CHARTRAW_PO_ 00004546 – 4561 | | |
| 104 | NeoFlow Investing in the Digital World | CHARTRAW_PO_ 00003046 – 3066 | | |
| 105 | NeoFlow Banking and Security | CHARTRAW_PO_ 00003067 – 3070 | | |
| 106 | TDA Global Systems Website | CHARTRAW_PO_ 00003564 – 3565 | | |
| 107 | TDA Global Client Welcome Packet | CHARTRAW_PO_ 00004438 – 4544 | | |
| **108** | **Photo of Alison Vukich** | **CHARTRAW_PO_ 00005902** | | |
| **109** | **Photo of Chad Collier** | **CHARTRAW_PO_ 00005904** | | |
| **110** | **Photo of Samir Patel** | **CHARTRAW_PO_ 00005916** | | |
| **111** | **Photo of Christian Morton** | **CHARTRAW_PO_ 00005906** | | |
| **112** | **Photo of Jennifer Tate** | **CHARTRAW_PO_ 00005912** | | |
| **113** | **Photo of Trisha Hamilton** | **CHARTRAW_PO_ 00005917** | | |
| 201 | Apr. 22, 2021 Email from Clayton to FOMO, LLC | CHARTRAW_PO_ 00003838 | | |
| 202 | May 7, 2021 Email from Sam to Crypto-Pal | CHARTRAW_PO_ 00003822 | | |
| 203 | Jun. 17, 2021 Email from Clayton to Crypto-Pal | CHARTRAW_PO_ 00003772 | | |
| 204 | Jul. 12, 2021 Email to tdventures | CHARTRAW_PO_ 00003771 | | |
| 205 | Jul. 17, 2021 Email from Dan Logistical Consultant to Alison | CHARTRAW_PO_ 00005400 | | |
| 205A | Attachment to email | CHARTRAW_ 00000362 | | |
| 206 | Sept. 14, 2021 Email from Dan Logistical Consultant to Alison | CHARTRAW_PO_ 00003747 | | |
| 207 | Nov. 11, 2021 Email exchange between Alison, Dan Logistical Consultant, and Le Chartraw | CHARTRAW_PO_ 00003763 | | |

| 208 | Text Messages Between Alison Hitz-Vukich and "Crypto Dan" and Todd Owen | CHARTRAW_PO_ 00003197 – 3198 | | |
|---|---|---|---|---|
| 209 | Text Messages Between Alison Hitz-Vukich and "Crypto Dan" and "Christian" | CHARTRAW_PO_ 00003254 – 3255 | | |
| 210 | Jun. 26, 2022 Email between Jarnell Stokes, Dan Chartraw, and William Murphy | CHARTRAW_PO_ 00003621 | | |
| 211 | Oct. 14, 2022 Email exchange between "Leon Chartraw" and Jarnell Stokes | CHARTRAW_PO_ 00003610 – 3611 | | |
| 212 | Cell Phone Extraction | CHARTRAW_PO_ 00005302 | | |
| 213 | May 24, 2021 Text Messages Between Christian Morton and Daniel Chartraw | CHARTRAW_PO_ 00005302, pgs. 384-385 | | |
| 214 | June 8, 2021 Text Message Between Christian Morton and Chartraw | CHARTRAW_PO_ 00005302 Pg. 417 | | |
| 215 | June 28, 2021 Text Message Between Christian Morton and Chartraw | CHARTRAW_PO_ 00005302 Pg. 475 - 479 | | |
| 216 | Jul. 17, 2021 Text messages between Christian Morton and Daniel Chartraw | CHARTRAW_PO_ 00005302, pgs. 546-547 | | |
| 217 | Jul. 27, 2021 Text messages between Christian Morton and Daniel Chartraw | CHARTRAW_PO_ 00005302, pg. 576 | | |
| 218 | Nov. 23, 2021 Email from Alison Hitz-Vukich to Crypto-Pal members | CHARTRAW_PO_ 00005412 | | |
| 219 | Dec. 23, 2021 email from Christian Morton to Crypt-Pal members | CHARTRAW_PO_ 00003190-3191 | | |
| 220 | Nov. 2, 2021 Text Message Between Todd Owen and Chartraw | CHARTRAW_PO_ 00005302 Pg. 1119 - 1120 | | |

GOVERNMENT'S EXHIBIT LIST

3

| 221 | Nov. 15, 2021 Text Message Between Todd Owen and Chartraw | CHARTRAW_PO_ 00005302 Pg. 1154 - 1159 | | |
|---|---|---|---|---|
| **222** | **June 25, 2021 Text Message with ABS Barragan** | **CHARTRAW_PO_ 00005302 Pg. 9** | | |
| **223** | **June 27, 2021 Text Message with ABS Barragan** | **CHARTRAW_PO_ 00005302 Pg. 67 - 69** | | |
| 301 | FOMO Investment Management Agreement | CHARTRAW_PO_ 00004113 – 4120 | | |
| 302 | Patel Convertible Note Purchase Agreement | CHARTRAW_PO_ 00003823 – 3830 | | |
| 303 | Patel Convertible Promissory Note | CHARTRAW_PO_ 00003831 – 3833 | | |
| 304 | Patel Crypto Pal $750,000 Obligation Term Sheet | CHARTRAW_PO_ 00003834 – 3837 | | |
| 305 | Collier Convertible Promissory Note | CHARTRAW_PO_ 00005066 – 5068 | | |
| 306 | Patel Letter of Notification: Crypto Pal Convertible Debt | CHARTRAW_PO_ 00003807 | | |
| 307 | Collier Letter of Notification Crypto Pal Convertible Debt | CHARTRAW_PO_ 00003806 | | |
| 308 | Hitz-Vukich Crypto Currency Investment Agreement | CHARTRAW_PO_ 00003369 – 3373 | | |
| 309 | Hitz-Vukich Second Crypto Currency Investment Agreement | CHARTRAW_PO_ 00005152 – 5155 | | |
| 310 | Morton Crypto Currency Investment Agreement | CHARTRAW_PO_ 00005094 – 5096 | | |
| 311 | Tate Investment Management Agreement | CHARTRAW_PO_ 00003037 – 3044 | | |
| 312 | Hamilton Stock Purchase Agreement | CHARTRAW_PO_ 00003787 – 3795 | | |
| 313 | Stokes Capital Enhancement Program Agreement | CHARTRAW_PO_ 00003599 – 3603 | | |
| 314 | Moretti Employment Agreement Crypto-Pal | CHARTRAW_PO_ 00005135 – 5138 | | |
| 401 | Bank of America Crypto-Pal LLC 12/1/2021-12/31/2021 | CHARTRAW_PO_ 00000800 – 849 | | |
| 402 | Global Payments Reporting – US Wire | CHARTRAW_PO_ 00000666 | | |

| | | | | |
|---|---|---|---|---|
| **402A** | **Global Payments Reporting – US Wire** | **CHARTRAW_PO_ 00000666** | | |
| 403 | Sept. 17, 2021 Email from L Chartraw | CHARTRAW_PO_ 00003317 | | |
| 403A | Attachment to Sept. 17, 2021 email | CHARTRAW_PO_ 00003319 – 3324 | | |
| 404 | Oct. 26, 2021 Email from TDA Global Systems, LLC to Jennifer Tate | CHARTRAW_PO_ 00003035 – 3036 | | |
| 405 | Tate Bitcoin Transfer, Oct. 27, 2021 | CHARTRAW_PO_ 00003399 | | |
| 406 | Tate Bitcoin Transfer, Oct. 27, 2021, 20:13 | CHARTRAW_PO_ 00003400 | | |
| 407 | Tate Bitcoin Transfers Nov. 3, 2021 | CHARTRAW_PO_ 00003398 | | |
| 408 | Tate Bitcoin Transfer, Nov. 24, 2021 | CHARTRAW_PO_ 00003382 | | |
| 409 | Tate Bitcoin Transfer, Nov. 24, 2021 | CHARTRAW_PO_ 00003383 | | |
| 410 | Coinbase Records | CHARTRAW_PO_ 00002257 | | |
| **410A** | **Coinbase Records** | **CHARTRAW_PO_ 00002257** | | |
| 501 | Summary Chart – Crypto-Pal Bank Account | CHARTRAW_PO_ 00005546 | | |
| 502 | Summary Chart – Crypto-Pal Bank Account Pivot Table | CHARTRAW_PO_ 00005545 | | |
| 503 | Summary Chart – Fund Tracing | CHARTRAW_PO_ 00005541 | | |
| 503A | Summary Chart – Fund Tracing Crypto-Pal | CHARTRAW_PO_ 00005544 | | |
| 503B | Summary Chart – Fund Tracing Tate | CHARTRAW_PO_ 00005543 | | |
| 503C | Summary Chart – Fund Tracing Stokes | CHARTRAW_PO_ 00005542 | | |
| 504 | Bank of the West Account Statements | CHARTRAW_PO_ 00001059 - 1088 | | |
| 505 | Leon Chartraw Microsoft Account | CHARTRAW_PO_ 00002244 | | |
| **505A** | **Leon Chartraw Microsoft Account** | **CHARTRAW_PO_ 00002244** | | |
| **506** | **Crypto-Pal Bank Account Signature Card** | **CHARTRAW_PO_ 00000671 -0672** | | |
| 601 | Hitz-Vukich 302 | CHARTRAW_PO_ 00003121 - **3124** | | |

| 602 | Morton 302 | CHARTRAW_PO_ 00000001 - **0003** | | |
| 603 | Tate 302 | CHARTRAW_PO_ 00003033 - **3034** | | |
| 604 | Stokes 302 | CHARTRAW_PO_ 00003453 - **3455** | | |
| 605 | Porscha 302 | CHARTRAW_PO_ 00003502 - **3505** | | |
| 606 | Sept. 10, 2024 Email | CHARTRAW_PO_ 00003805 | | |
| 607 | April 5, 2021 Zoom Meeting Confirmation | CHARTRAW_PO_ 00003918 | | |
| **701** | **Factual Basis** | **CHARTRAW_PO_ 00005451 - 5452** | | |
| **702** | **Certified Judgement and Conviction** | **CHARTRAW_PO_ 00005431-5432** | | |
| **703** | **December 18, 2021 Email to Todd Owen** | **CHARTRAW_PO_ 00003760** | | |
| **704** | **Text Message Communications with ABS Barragan** | **CHARTRAW_PO_ 00005302 pgs. 4 – 135** | | |
| **705** | **Text Message Communications with Alfredo** | **CHARTRAW_PO_ 00005302 pgs. 4 – 135** | | |
| **706** | **Draft "Crypto-Pal Jarnel – TDA Involvement"** | **CHARTRAW_PO_ 00005302** | | |

Dated:  April 10, 2026

ERIC GRANT
United States Attorney

By:  /s/ JESSICA DELANEY
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys