Andrew R. Flier, Esq. (SBN 137372)
Leonard B. Levine, Esq. (SBN 50998)
Jeremy M. Babich, Esq. (SBN 327798)
Levine, Flier and Flier, LLP.
16133 Ventura Blvd., Suite 1140
Phone: (818) 990-9500 | Fax: (818) 990-1303
andrew@flierandflier.com

Attorney for Defendant,
Daniel Chartraw

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL CHARTRAW,<br><br>Defendant. | Case No.: 2:24-CR-0311TLN<br>*Hon. Judge William B. Shubb*<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161 et seq.)**<br><br>DATE: April 28, 2026<br>TIME:  9:00 a.m.<br>DEPT:  5 |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, WILLIAM B. SHUBB, THE UNITED STATES ATTORNEYS' OFFICE, AND ALL INTERESTED PARTIES,

PLEASE TAKE NOTICE that the Defendant, Daniel Chartraw, by and through his counsel, Andrew Flier, hereby moves this Court for an order continuing the currently scheduled trial date of April 28, 2026, to a date in mid-June 2026, or as convenient for the Court and the Government.

This motion is made pursuant to 18 U.S.C. § 3161(h)(7)(A), on the grounds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

DATED: April 16, 2026                    Respectfully submitted,


                                         /s/ Andrew Reed Flier
                                         Attorney for Defendant,
                                         Daniel Chartraw

## I.

## **INTRODUCTION**

Defense counsel respectfully requests a continuance of the trial in this matter for approximately five to six weeks due to a pre-scheduled medical procedure that cannot be postponed. This request is made to ensure the continuity of counsel and to safeguard the Defendant's Sixth Amendment right to effective assistance of counsel.

## II.

## **FACTUAL BASIS FOR CONTINUANCE**

Defense counsel is scheduled to undergo a surgical procedure on April 24, 2026, which was arranged in advance and cannot be rescheduled. Counsel's treating physician has advised Counsel that the recovery and healing process will require several weeks.

As a result, counsel will be unavailable to adequately prepare for and proceed with trial as currently scheduled. Proceeding under these circumstances would materially impair counsel's ability to effectively represent the Defendant.

Accordingly, the defense respectfully requests a continuance of approximately five to six weeks, with a proposed new trial date in mid-June 2026.

## III.

## **LEGAL STANDARD**

Under the Speedy Trial Act, the Court may grant a continuance and exclude time if it finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." (18 U.S.C. § 3161(h)(7)(A).)

The Court shall consider whether failure to grant a continuance would:

- Deny counsel for the defendant reasonable time necessary for effective preparation; or

- Result in a miscarriage of justice. (18 U.S.C. § 3161(h)(7)(B).)

## IV.

## ARGUMENT

Good cause exists to continue the trial.

1. **Medical Necessity and Counsel's Unavailability**

Defense counsel's scheduled surgery and medically required recovery period render counsel unavailable for Mr. Chartraw's trial and preparation for said trial. This circumstance is unavoidable and constitutes good cause for a continuance. Further, Counsel has been in pain which mandates that the surgery proceeds.

2. **Continuity of Counsel**

The Defendant has a significant interest in the continuity of counsel. Requiring substitution of counsel or proceeding while counsel is recovering would be extremely prejudicial.

3. **Effective Assistance of Counsel**

Proceeding to trial without allowing counsel adequate time to recover and prepare would undermine Defendant's Sixth Amendment rights.

4. **Ends of Justice**

The ends of justice are served by granting this continuance outweighs the interests of the public and the Defendant's right to a speedy trial.

//

//

## V.

## <u>EXCLUSION OF TIME</u>

Defense requests that the Court exclude time under 18 U.S.C. § 3161(h)(7)(A) from the current trial date through the proposed, new set trial date, based on the findings set forth herein.


DATED: April 16, 2026                    Respectfully submitted,


                                         <u>/s/ Andrew Reed Flier</u>
                                         Attorney for Defendant,
                                         Daniel Chartraw

## DECLARATION OF ANDREW R. FLIER

I, Andrew Flier, declare:

1. I am an attorney licensed to practice law in Federal Court and in the State of California and represent the defendant, Mr. Chartraw, herein.

2. I have a surgery scheduled for two hernias (Umbilical, Open Ventral) on April 24, 2026.

3. Counsel has been in pain recently, which is an important factor necessitating the surgery as scheduled.

4. Counsel has spoken to the AUSA assigned on this case, Ms. Delaney, who does not object to this request. Ms. Delaney wanted the trial to commence within two to three weeks of April 28th.

5. I recently spoke to my doctor, Dr. Kashani, who told me that the surgery should proceed due to the on-going pain. Further, that recovery, depending on the individual, can take between 4-6 weeks. Further, that medication, infections, and pain issues should be strictly monitored.

6. Therefore, counsel would respectfully request that Mr. Chartraw's trial be scheduled to commence on the second or third week of June. This will allow counsel to properly and sufficiently heal and recover from the surgery.

7. The defendant, Mr. Chartraw, knows of this request and agrees to waive any necessary and required time (Speedy Trial Act).

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of March 2026, at Encino, California.

/s/ Andrew Reed Flier
Attorney for Defendant,
Daniel Chartraw

## VI.

## <u>CONCLUSION</u>

For the foregoing reasons, the Defendant respectfully requests that this Court:

1. Continue the trial currently set for April 28, 2026.

2. Reset the trial for a date in mid-June 2026, or as convenient for the Court and the Government; and

3. Exclude this time period pursuant to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: April 16, 2026                                Respectfully submitted,


                                                     /s/ Andrew Reed Flier
                                                     Attorney for Defendant,
                                                     Daniel Chartraw

Andrew R. Flier, Esq. (SBN 137372)
Leonard B. Levine, Esq. (SBN 50998)
Jeremy M. Babich, Esq. (SBN 327798)
Levine, Flier and Flier, LLP.
16133 Ventura Blvd., Suite 1140
Phone: (818) 990-9500 | Fax: (818) 990-1303
andrew@flierandflier.com

Attorney for Defendant,
Daniel Chartraw

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>DANIEL CHARTRAW,<br><br>                Defendant. | Case No.: 2:24-CR-0311TLN<br>*Hon. Judge William B. Shubb*<br><br>**[PROPOSED] ORDER CONTINUING TRIAL AND EXCLUDING TIME**<br><br>DATE: April 28, 2026<br>TIME:  9:00 a.m.<br>DEPT:  5 |

The Court, having considered Defendant's Motion to Continue Trial and to Exclude Time under the Speedy Trial Act, and good cause appearing, hereby **orders** as follows:

1.  The currently scheduled trial date is VACATED.

2.  The trial is continued to a date in mid-June 2026, or as otherwise set by the Court.

3.  Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 28, 2026, through the new trial date.

**IT IS SO ORDERED.**

DATED: _____

                                         _____
                                         HON. WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE