Andrew R. Flier, Esq. (SBN 137372)
Leonard B. Levine, Esq. (SBN 50998)
Jeremy M. Babich, Esq. (SBN 327798)
Levine, Flier and Flier, LLP.
16133 Ventura Blvd., Suite 1140
Phone: (818) 990-9500 | Fax: (818) 990-1303
andrew@flierandflier.com

Attorney for Defendant,
Daniel Chartraw

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

DANIEL CHARTRAW,

    Defendant.

Case No.: 2:24-CR-0311WBS
*Hon. Judge William B. Shubb*

**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE FOR STATUS CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, WILLIAM B. SHUBB, THE UNITED STATES ATTORNEYS' OFFICE, AND ALL INTERESTED PARTIES,

PLEASE TAKE NOTICE that Defendant, Daniel Chartraw, by and through his counsel, Andrew Flier, requests that his personal appearance be waived for the upcoming scheduled status conference.

The Defendant has been advised of his right to be present at all stages of the proceedings, including the status conference. After consultation with counsel, Mr. Chartraw knowingly, intelligently, and voluntarily waives his right to be personally present and consents to the status conference proceeding in his absence.

Counsel will appear on the Defendant's behalf and is authorized to address all matters as necessary.

DATED: April 16, 2026                              Respectfully submitted,


/s/ Daniel Chartraw                              /s/ Andrew Reed Flier
Defendant, Daniel Chartraw                        Attorney for Defendant
                                                  Daniel Chartraw

Andrew R. Flier, Esq. (SBN 137372)
Leonard B. Levine, Esq. (SBN 50998)
Jeremy M. Babich, Esq. (SBN 327798)
Levine, Flier and Flier, LLP.
16133 Ventura Blvd., Suite 1140
Phone: (818) 990-9500 | Fax: (818) 990-1303
andrew@flierandflier.com

Attorney for Defendant,
Daniel Chartraw

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL CHARTRAW,<br><br>Defendant. | Case No.: 2:24-CR-0311 WBS<br>*Hon. Judge William B. Shubb*<br><br>**ORDER TO WAIVE DEFENDANT'S PERSONAL APPEARANCE FOR STATUS CONFERENCE** |

The Court, having reviewed the Defendant's Waiver of his Personal Appearance for the upcoming Status Conference, and good cause appearing, hereby **ORDERS**:

Defendant Daniel Chartraw's request to waive his personal appearance at the status conference is **GRANTED**. Counsel, Andrew Flier, may appear on the Defendant's behalf, and the status conference on April 22, 2026 may proceed in the Defendant's absence.

**IT IS SO ORDERED.**

Dated:  April 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3