Andrew R. Flier (SBN 137372)
Leonard B. Levine (SBN 50998)
Jeremy M. Babich (SBN 327798)
Levine, Flier and Flier, LLP
16133 Ventura Blvd., Suite 1140
Encino, CA 91436
Phone: 818-990-9500| Fax: 818-990-1303
Email: andrew@flierandflier.com

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DANIEL CHARTRAW,

        Defendant

Case No.: 2:24-CR-311DC

**ORDER GRANTING MODIFICATION OF PRETRIAL RELEASE CONDITIONS**

Defendant Daniel Chartraw, through counsel, moves this Court for a modification of condition number four and a recommendation that condition number eleven be removed as a non-existent modification of Mr. Chartraw's pretrial release pursuant to 18 U.S.C. § 3142(c)(3). The Court, after considering the motion, the Declaration of Attorney Andrew R. Flier, and the record in this matter finds that good cause exists to modify the previously imposed conditions of Mr. Chartraw's residency and drug/mental health testing. Further, the requested modification will continue to reasonably assure the Defendant's appearance and the safety of the community.

IT IS HEREBY ORDERED that the Defendant, Mr. Chartraw's conditions of pretrial release are MODIFIED as follows:

1. Condition No. 4 is modified to read as follows:

**Mr. Chartraw's travel is restricted to the Eastern District of California (For Court Purposes Only); The Central District (For Attorney Consultation Purposes only); and, to the Southern and Northern District of California unless otherwise approved in advance by the Pretrial Services Officer.**

2. Condition No. 11 be removed:

**Psychiatric/substance abuse treatment is inapplicable, as Mr. Chartraw has no history of substance abuse or mental health conditions.**

3. All other terms and conditions of the Defendant's pretrial release previously ordered by the Court remain in full force and effect.

**IT IS SO ORDERED.**

DATED:  May 12, 2026

Hon. Judge Chi Soo Kim

United States Magistrate Judge

2

## DECLARATION OF ANDREW R. FLIER

I, Andrew Flier, declare:

1. I am an attorney licensed to practice law in the State of California and represent the defendant, Mr. Chartraw, herein.

2. At Mr. Chartraw's Arraignment, the Magistrate Court imposed certain conditions pertaining to the pretrial release of Mr. Chartraw pursuant to 18 U.S.C. § 3142.

3. Circumstances have arisen that warrant a modification of two specific terms of Mr. Chartraw's pretrial release. These terms relate to residency issues and drug/mental health testing. (See attachment, email by Pretrial service.)

4. These two changes were requested by Pretrial Services.

5. The Government does not oppose these changes.

6. Mr. Chartraw has remained compliant with all of his conditions of release. The requested modification does not undermine the Bail Reform Act.

7. Granting the requested modifications will not pose a risk of non-appearance or danger to the community.

8. The sureties or third party custodians have been notified of these requests. There is no opposition.

For the reasons cited above, it is hereby requested that Mr. Chartraw's Pretrial Release conditions be modified.

3

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of April 2026, at Encino, California.

Respectfully submitted,

/s/ Andrew Reed Flier
Attorney for Defendant,
Daniel Chartraw