ERIC GRANT
United States Attorney
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CHARTRAW,<br><br>Defendant. | CASE NO.  2:24-CR-00311-WBS<br><br>GOVERNMENT'S SECOND AMENDED EXHIBIT LIST<br><br>DATE: June 9, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief.  This list has been supplemented since the first amended exhibit list, filed on April 14, 2026.  To aid the Court and defense counsel in reviewing the first amended exhibit list, any changed exhibits are noted by bold typeface. New exhibits include 114, 115, 116, 117, 315, and 502A.

| EX. NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 101 | Crypto-Pal an Automated Algorithmic Portfolio | CHARTRAW_PO_ 00004060 – 4069 | | |
| **102** | **TDA Global Systems, LLC Articles of Organization** | **CHARTRAW_PO_ 00004616 – 4627** | | |
| 103 | NeoFlow Structure and Investment Plan | CHARTRAW_PO_ 00004546 – 4561 | | |
| 104 | NeoFlow Investing in the Digital World | CHARTRAW_PO_ 00003046 – 3066 | | |

GOVERNMENT'S EXHIBIT LIST

1

| | | | | |
|---|---|---|---|---|
| 105 | NeoFlow Banking and Security | CHARTRAW_PO_ 00003067 – 3070 | | |
| 106 | TDA Global Systems Website | CHARTRAW_PO_ 00003564 – 3565 | | |
| **107** | **TDA Global Client Welcome Packet** | **CHARTRAW_PO_ 00004438 – 4442** | | |
| 108 | Photo of Alison Vukich | CHARTRAW_PO_ 00005902 | | |
| 109 | Photo of Chad Collier | CHARTRAW_PO_ 00005904 | | |
| 110 | Photo of Samir Patel | CHARTRAW_PO_ 00005916 | | |
| 111 | Photo of Christian Morton | CHARTRAW_PO_ 00005906 | | |
| 112 | Photo of Jennifer Tate | CHARTRAW_PO_ 00005912 | | |
| 113 | Photo of Trisha Hamilton | CHARTRAW_PO_ 00005917 | | |
| **114** | **Photo of Melissa Krzaczek** | **CHARTRAW_PO_ 00005914** | | |
| **115** | **Photo of Jarnell Stokes** | **CHARTRAW_PO_ 00001159** | | |
| **116** | **Photo of Kellee Koeppen** | **CHARTRAW_PO_ 00002261** | | |
| **117** | **Photo of Louise Chartraw** | **CHARTRAW_PO_ 00006009** | | |
| 201 | Apr. 22, 2021 Email from Porscha to Chad, Sam, and Matt | CHARTRAW_PO_ 00003838 | | |
| 202 | May 7, 2021 Email from Sam to Porscha | CHARTRAW_PO_ 00003822 | | |
| 203 | Jun. 17, 2021 Email from Porscha to Chad, Sam, and Matt | CHARTRAW_PO_ 00003772 | | |
| 204 | Jul. 12, 2021 Emails from Chad and Sam to Chartraw | CHARTRAW_PO_ 00003771 | | |
| 205 | Jul. 17, 2021 Email from Chartraw to Alison | CHARTRAW_PO_ 00005400 | | |
| 205A | Jul. 17, 2021 Email Attachment | CHARTRAW_ 00000362 | | |
| 206 | Sept. 14, 2021 Email from Chartraw to Alison | CHARTRAW_PO_ 00003747 | | |
| 207 | Nov. 11, 2021 Emails Between Alison, "Dan Logistical Consultant," and "Le Chartraw" | CHARTRAW_PO_ 00003763 | | |
| 208 | Text Messages Between Alison, Owen, and Chartraw | CHARTRAW_PO_ 00003197 – 3198 | | |
| 209 | Text Messages Between Alison, Christian, and Chartraw | CHARTRAW_PO_ 00003254 – 3255 | | |

| 210 | Jun. 26, 2022 Email from Jarnell to Murphy and Chartraw | CHARTRAW_PO_00003621 | | |
|---|---|---|---|---|
| 211 | Oct. 14, 2022 Emails Between Jarnell and "Leon Chartraw" | CHARTRAW_PO_00003610 – 3611 | | |
| 212 | Cell Phone Extraction | CHARTRAW_PO_00005302 | | |
| 213 | May 24, 2021 Text Messages Between Christian and Chartraw | CHARTRAW_PO_00005302 pgs. 384-385 | | |
| 214 | June 8, 2021 Text Messages Between Christian and Chartraw | CHARTRAW_PO_00005302 Pg. 417 | | |
| 215 | June 28, 2021 Text Messages Between Christian and Chartraw | CHARTRAW_PO_00005302 Pg. 475 - 479 | | |
| 216 | Jul. 17, 2021 Text Messages Between Christian and Chartraw | CHARTRAW_PO_00005302 pgs. 546-547 | | |
| 217 | Jul. 27, 2021 Text Messages Between Christian and Chartraw | CHARTRAW_PO_00005302 pg. 576 | | |
| 218 | Nov. 23, 2021 Emails Between Alison, Owen, "Le Chartraw," and "Dan Logistical Consultant" | CHARTRAW_PO_00005412-5414 | | |
| 219 | Dec. 23, 2021 Email from Christian to Owen, Milenkovski, and Chartraw | CHARTRAW_PO_00003190-3191 | | |
| 220 | Nov. 2, 2021 Text Messages Between Owen and Chartraw | CHARTRAW_PO_00005302 Pg. 1119 – 1120 | | |
| 221 | Nov. 15, 2021 Text Messages Between Owen and Chartraw | CHARTRAW_PO_00005302 Pg. 1154 – 1159 | | |
| 222 | June 25, 2021 Text Messages Between Barragan and Chartraw | CHARTRAW_PO_00005302 Pg. 9 | | |
| 223 | June 27, 2021 Text Messages Between Barragan and Chartraw | CHARTRAW_PO_00005302 Pg. 67 – 69 | | |
| 301 | FOMO Investment Management Agreement | CHARTRAW_PO_00004113 – 4120 | | |
| 302 | Sam Convertible Note Purchase Agreement | CHARTRAW_PO_00003823 – 3830 | | |
| 303 | Sam Convertible Promissory Note | CHARTRAW_PO_00003831 – 3833 | | |
| 304 | Sam Crypto Pal $750,000 Obligation Term Sheet | CHARTRAW_PO_00003834 – 3837 | | |

| | | | | |
|---|---|---|---|---|
| 305 | Chad Convertible Promissory Note | CHARTRAW_PO_ 00005066 – 5068 | | |
| 306 | Sam Letter of Notification: Crypto Pal Convertible Debt | CHARTRAW_PO_ 00003807 | | |
| 307 | Chad Letter of Notification: Crypto Pal Convertible Debt | CHARTRAW_PO_ 00003806 | | |
| 308 | Alison Crypto Currency Investment Agreement | CHARTRAW_PO_ 00003369 – 3373 | | |
| 309 | Alison 2nd Crypto Currency Investment Agreement | CHARTRAW_PO_ 00005152 – 5155 | | |
| 310 | Christian Crypto Currency Investment Agreement | CHARTRAW_PO_ 00005094 – 5096 | | |
| 311 | Jennifer Crypto Currency Investment Management Agreement | CHARTRAW_PO_ 00003037 – 3044 | | |
| 312 | Trisha Stock Purchase Agreement | CHARTRAW_PO_ 00003787 – 3795 | | |
| 313 | Jarnell Capital Enhancement Program Agreement | CHARTRAW_PO_ 00003599 – 3603 | | |
| 314 | Caleb Employment Agreement from Crypto-Pal | CHARTRAW_PO_ 00005135 – 5138 | | |
| **315** | **Tom Employment Offer from "Leonard Chartraw"** | **CHARTRAW_PO_ 00005945 –5946** | | |
| 401 | Bank of America Statements: Crypto-Pal LLC 4/23/21–12/31/21 | CHARTRAW_PO_ 00000800 – 849 | | |
| 402 | Global Payments Reporting – US Wire | CHARTRAW_PO_ 00000666 | | |
| 403 | Sept. 17, 2021 Email from "L Chartraw" to Alison and Christian | CHARTRAW_PO_ 00003317 | | |
| **403A** | **Sept. 17, 2021 Email Attachment** | **CHARTRAW_PO_ 00005963 – 5968** | | |
| 404 | Oct. 26, 2021 Email from "TDA Global Systems, LLC" to Jennifer | CHARTRAW_PO_ 00003035 – 3036 | | |
| 405 | Oct. 27, 2021, 20:44 Bitcoin Transfer from Jennifer to "fWWm" | CHARTRAW_PO_ 00003399 | | |
| 406 | Oct. 27, 2021, 20:13 Bitcoin Transfer from Jennifer to "fWWm" | CHARTRAW_PO_ 00003400 | | |
| 407 | Nov. 3, 2021 Bitcoin Transfer from Jennifer to "fWWm" | CHARTRAW_PO_ 00003398 | | |
| 408 | Nov. 24, 2021, 18:56 Bitcoin Transfer from Jennifer to "Cpa6" | CHARTRAW_PO_ 00003382 | | |
| 409 | Nov. 24, 2021, 19:03 Bitcoin Transfer from Jennifer to "Cpa6" | CHARTRAW_PO_ 00003383 | | |
| **410** | **Coinbase Records: Chartraw Crypto Wallet** | **CHARTRAW_PO_ 00000008** | | |
| **410A** | **Coinbase Records: Chartraw Crypto Wallet** | **CHARTRAW_PO_ 00000008** | | |

| 501 | Summary Chart – Crypto-Pal Line Graph | CHARTRAW_PO_ 00005546 | | |
|---|---|---|---|---|
| **502** | **Summary Chart – Crypto-Pal Pivot Table** | **CHARTRAW_PO_ 00005983** | | |
| **502A** | **Summary Chart – Crypto-Pal Pivot Table (Alison $44,000)** | **CHARTRAW_PO_ 00005984** | | |
| **503** | **Summary Chart – Fund Tracing** | **CHARTRAW_PO_ 00006005** | | |
| **503A** | **Summary Chart – Fund Tracing Crypto-Pal** | **CHARTRAW_PO_ 00006008** | | |
| **503B** | **Summary Chart – Fund Tracing Jennifer** | **CHARTRAW_PO_ 00006007** | | |
| **503C** | **Summary Chart – Fund Tracing Jarnell** | **CHARTRAW_PO_ 00006006** | | |
| 504 | Bank of the West Statements: Chartraw 4/11/21 – 8/10/21 | CHARTRAW_PO_ 00001059 – 1088 | | |
| 505 | Microsoft Account "Le Chartraw" | CHARTRAW_PO_ 00002244 | | |
| 506 | Bank of America Account Signature Card: Crypto-Pal LLC | CHARTRAW_PO_ 00000671 – 0672 | | |
| 601 | Feb. 21, 2023 Interview with Alison | CHARTRAW_PO_ 00003121 – 3124 | | |
| 602 | July 31, 2023 Interview with Christian | CHARTRAW_PO_ 00000001 – 0003 | | |
| 603 | Oct. 24, 2022 Interview with Jennifer | CHARTRAW_PO_ 00003033 – 3034 | | |
| 604 | June 23, 2023 Interview with Jarnell | CHARTRAW_PO_ 00003453 – 3455 | | |
| 605 | Aug. 24, 2023 Interview with Porscha | CHARTRAW_PO_ 00003502 – 3505 | | |
| 606 | Sept. 10, 2024 Email from Matt to Owen | CHARTRAW_PO_ 00003805 | | |
| 607 | April 5, 2021 Email from Porscha to Sam, Chad, Matt, Owen, and "Dan Logistical Consultant" | CHARTRAW_PO_ 00003918 | | |
| 701 | Factual Basis for Plea | CHARTRAW_PO_ 00005451 – 5452 | | |
| 702 | Certified Judgement and Conviction | CHARTRAW_PO_ 00005431 – 5432 | | |
| 703 | December 18, 2021 Emails Between Owen and "Le Chartraw" | CHARTRAW_PO_ 00003760 | | |
| 704 | Text Messages Between Barragan and Chartraw | CHARTRAW_PO_ 00005302 pgs. 4 – 135 | | |
| 705 | Draft "Crypto-Pal Jarnel – TDA Involvement" | CHARTRAW_PO_ 00005302 | | |

Dated:  June 2, 2026

ERIC GRANT
United States Attorney


By:  /s/ JESSICA DELANEY
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys