Andrew R. Flier, Esq. (SBN 137372)
Leonard B. Levine, Esq. (SBN 50998)
Jeremy M. Babich, Esq. (SBN 327798)
Levine, Flier and Flier, LLP.
16133 Ventura Blvd., Suite 1140
Phone: (818) 990-9500 | Fax: (818) 990-1303
andrew@flierandflier.com

Attorney for Defendant,
Daniel Chartraw

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL CHARTRAW,<br><br>Defendant. | **Case No.: 2:24-CR-0311TLN**<br>*Hon. Judge William B. Shubb*<br><br>**DEFENDANT'S AMENDED EXHIBIT LIST**<br><br>**DATE:** June 9, 2026<br>**TIME:** 9:00 a.m.<br>**DEPT:** 5 |
|---|---|

Daniel Chartraw, by and through his counsel, Attorney Andrew Flier, hereby submits the following list of exhibits it intends to introduce in its case.

| DEFENDANTS EX. NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| A | 03/22/2021 Email from Clayton RE: "To Do's" | | |
| B | 03/22/2021 Email RE: Last Weeks Accounting | | |
| C | 05/04/2021 Note Documents by Clayton | | |
| D | 05/12/2021 Email Accounting from Clayton | | |
| E | 05/03/2021 Email RE: FOMO LLC Cryptopal Deposits | | |
| F | 04/07/2021 Email from Clayton, Accounting | | |
| G | 11/04/2021 Email from Jeniffer Gutierez RE: Bonanza Property | | |
| H | 03/24/2021 Email from Zara, Crypto-Pal Reporting | | |
| I | 04/01/2021 Offer Letter from Clayton to Erik | | |
| J | 04/12/2021 Email from Alfredo, RE: Trading View Bill | | |

1

| K | 03/25/2021 Email from Ben to Todd RE: Crypto-Pal Banking Doc. | | |
|---|---|---|---|
| L | 02/23/2021 Email from Clayton RE: Deck/Algo Sheet | | |
| M | 03/28/2021 Email RE: Report and Profits | | |
| N | 07/27/2021 Email from Alfredo to Chartraw Monthly St., $55,000 | | |
| O | 02/23/2001 Email from Clayton to Chartraw, RE: Deck Start | | |
| P | 03/11/2021 Email from Clayton, RE: Crypto-Pal Fund Outline | | |
| Q | 03/05/2021 Email from Clayton, RE: Smart Contract Outline | | |
| R | 03/03/2021 Email from Clayton, RE: Content Structure Thoughts | | |
| S | 03/11/2021 Email from Henry, RE: Gibraltaz Rules | | |
| T | 03/13/2021 Email from Clayton, RE: Meeting Agenda | | |
| U | 03/16/2021 Email from Clayton, RE: Forgo Attorneys | | |
| V | 03/16/2021 Email from Clayton, RE: Sig. Bank Opening | | |
| W | 03/16/2021 Email from Todd and Mike, RE: Block Fills Intro | | |
| X | 03/22/2021 Email from Zara, RE: Exchange Platforms | | |
| Y | 03/24/2021 Email from Zara, RE: Daily Totals | | |
| Z | 03/24/2021 Email from Clayton, RE: $30,000 Deal | | |
| AA | 03/25/2021 Email from Clayton, RE: Excel Models | | |
| BB | 04/26/2021 Email from Clayton, RE: Export Trades | | |
| CC | 04/27/2021 Email from Clayton, RE: Account Open | | |
| DD | 04/30/2021 Email from Clayton, RE: Investors Account | | |
| EE | 04/16/2021 Email from Clayton, RE: Zoom Meetings | | |
| FF | 05/14/2021 Email from Chartraw, RE: Credit Cards | | |
| GG | 08/28/2021 Email from Todd and Clayton, RE: Capital Update | | |
| HH | 04/07/2021 Email from Ccole2347 to Todd, RE: Co. Summary | | |

| | | | |
|---|---|---|---|
| II | 03/15/2021 Email from Clayton, RE: Binance Doc | | |
| JJ | 03/19/2021 Email from Clayton, RE: Silurgate Document | | |
| KK | 03/24/2021 Email from Zara, RE: Job Opportunity | | |
| LL | 03/28/2021 Email from Alfredo, RE: Profit Report | | |
| MM | 04/18/2021 Email from Chartraw, RE: Problem with Numbers | | |
| NN | 03/16/2021 Email from Alfredo, RE: Wire Transfers | | |
| OO | 03/19/2021 from Clayton, RE: Reporting | | |
| PP | Crypto-Pal LLC Certification | | |
| QQ | 05/07/2021 Email from Clayton, RE: Convertible Note | | |
| RR | FD-1023 Reporting Document (FBI) Statement from (Houston) and (Collier) | | |
| SS | $5,000 Check to Attorney Benjamin McDonald | | |
| TT | 09/20/21 Email from Houston, RE: Convertible Debt Capital Return Notification | | |
| UU | 03/22/2021 Email from Porscha to Chad, Sam, and Matt | | |
| VV | 08/31/2023 Attorney Invoice ($480,000) | | |
| WW | Interview with Samir Patel, 09/11/2024 | | |
| XX | Investment Agreement from Sam Patel to Porscha | | |
| YY | Interview with Thomas Harlan, 04/30/2026 | | |
| ZZ | 03/22/2021, BTC Purchase from Porscha | | |
| AAA | 12/19/2021 Email from Owen, RE: CryptoPal | | |
| BBB | 05/13/2021 Email from Porscha to Kara/Roger | | |
| CCC | Interview with Trisha Hamilton, 04/30/2026 | | |
| DDD | Docusign Document (Stokes and Murphy) | | |
| EEE | 05/11/2021 and 05/13/2021 Email, RE: Numbers OUR Binance Account | | |
| FFF | 10/30/2024 From Katz, RE: Porscha | | |
| GGG | 07/01/2022 Email from Stokes to Murphy | | |
| HHH | 04/05/2021 Email, RE: Zoom Meeting | | |
| III | Employment Agreement CryptoPal and Moretti | | |
| JJJ | Investment Management Agreement (Owen and Tate) | | |

| KKK | 04/22/2021 Email from Porscha, Convertible Note | | |
| LLL | Sam Convertible Note Purchase Agreement | | |
| MMM | FOMO Investment Management Agreement | | |

Dated: June 1, 2026

Respectfully Submitted,

LEVINE, FLIER AND FLIER, LLP.

/s/ Andrew R. Flier
Attorney for Defendant,
DANIEL CHARTRAW