ERIC GRANT
United States Attorney
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00311-WBS |
| Plaintiff, | STIPULATION OF FACT REGARDING RECORDS OF A REGULARLY CONDUCTED ACTIVITY |
| v. | |
| DANIEL CHARTRAW, | DATE: June 9, 2026 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. William B. Shubb |

The United States, by and through its attorneys of record, Jessica Delaney and J. Douglas Harman, Assistant United States Attorneys, and Daniel Chartraw, by and through his attorney, Andrew Flier, hereby submit the following stipulation.

1. IT IS HEREBY STIPULATED between the parties that the following exhibits are authentic copies of Records of a Regularly Conducted Activity within the meaning of Federal Rules of Evidence, Rule 803(6):

   a. Bank of America:

      i. Exhibit 401, located at CHARTRAW_PO_00000800–849

      ii. Exhibit 506, located at CHARTRAW_PO_00000671–672

   b. Coinbase:

      i. Exhibit 410, located at CHARTRAW_PO_00000008

      ii. Exhibit 410A, consisting of a subset of the information in Exhibit 410

    c.   Bank of the West:

        i.   Exhibit 504, located at CHARTRAW_PO_00002244

    d.   Global Payments Reporting

        i.   Exhibit 302 – CHARTRAW_PO_00000666

    e.   Microsoft:

        i.   Exhibit 203, located at CHARTRAW_PO_00003772

        ii.   Exhibit 204, located at CHARTRAW_PO_00003771

        iii.   Exhibit 207, located at CHARTRAW_PO_00003763

        iv.   Exhibit 218, located at CHARTRAW_PO_00005412

        v.   Exhibit 505, located at CHARTRAW_PO_00002244

        vi.   Exhibit 505A, consisting of a subset of the information in Exhibit 505

    f.   Google

        i.   Exhibit 205, located at CHARTRAW_PO_00005400

        ii.   Exhibit 205A, located at CHARTRAW_00000362

        iii.   Exhibit 206, located at CHARTRAW_PO_00003747

        iv.   Exhibit 703, located at CHARTRAW_PO_00003760

2. It is further stipulated that there shall be no objection to the foundation or authentication of these exhibits if offered by either party.

3. The parties reserve the right to object to any hearsay contained within hearsay, particularly any hearsay statements contained in the content of emails.

4. It is further stipulated that there shall be no objection to the reading of the stipulation to the jury by either party, if consistent with the proceedings and rulings of the Court.

STIPULATION OF THE PARTIES REGARDING
BUSINESS RECORDS

Dated:  May 11, 2026

ERIC GRANT
United States Attorney

By:  /s/ *Jessica Delaney*
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys

Dated:  June 4, 2026

By:  /s/ANDREW FLIER
ANDREW FLIER
(signature authorized by email)
Attorney for defendant DANIEL CHARTRAW