ERIC GRANT
United States Attorney
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00311 WBS |
| Plaintiff, | STIPULATION REGARDING CELL PHONE EXTRACTION |
| v. | |
| DANIEL CHARTRAW, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and agree as follows:

On or about March 4, 2025, FBI Digital Forensic Examiner Darrin Stoddard received a request to conduct a forensic extraction of the data contained on a light green Apple iPhone 13 Pro, assigned FBI Agency Item Number 1B3.

Mr. Stoddard used the digital program Cellebrite to extract the data from the Apple iPhone 13 Pro.  Mr. Stoddard was able to successfully extract the data.  Mr. Stoddard created a Cellebrite report containing the data, which was provided to Special Agent Christofer Tomoson.

A data extraction is a copy of the data on a cell phone.  A Cellebrite report is a reviewable copy of the data contained on the extraction.

At this time, the parties agree that Government exhibit 212 is a true and accurate copy of the

digital extraction created by Forensic Analyst Darrin Stoddard.  The digital extraction is a true and accurate copy of the information contained on the Apple iPhone 13 Pro.

The parties further agree that this joint stipulation may be read to the jury.

IT IS SO STIPULATED.

Dated:  May 11, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys


Dated:  June 4, 2026

/s/ ANDREW FLIER
ANDREW FLIER
(signature authorized by email)
Counsel for Defendant
DANIEL CHARTRAW