ERIC GRANT
United States Attorney
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-311 WBS |
| Plaintiff, | JOINT EXHIBIT LIST |
| v. | DATE: June 9, 2026 |
| DANIEL CHARTRAW, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits the following list of joint exhibits (stipulations) to be read into the record or introduced in the trial of United States v. Chartraw.

| EXHIBIT NO. | DESCRIPTION | DOCKET NO. |
|---|---|---|
| JX-1 | Stipulation of Fact Regarding Interstate Wires | 81 |
| JX-2 | Stipulation Regarding Business Records | 78 |
| JX-3 | Stipulation Regarding Cell Phone Extraction | 79 |

GOVERNMENT'S EXHIBIT LIST

1

Dated:  June 8, 2026

ERIC GRANT
United States Attorney


By:  /s/ JESSICA DELANEY
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorneys