**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | Time in Court: __5:28__ |
| vs | CASE #: 2:24cr00311-WBS |
| | DATE: __6/10/2026__ |
| **DANIEL CHARTRAW** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter: Abigail Torres |

**Appearance(s) for Government:**

Jessica Delaney
Joseph Harman

**Appearance(s) for Defendant(s):**

Counsel: Andrew Flier, Retained

Deft: Present/Out of Custody

**JURY TRIAL (DAY 2):**

| | |
|---|---|
| 9:22 a.m. | Trial resumes outside the presence of the jury. Court confers with counsel re Juror #8. |
| 9:25 a.m. | Court recessed. |
| 9:30 a.m. | Trial resumes. Jury present. Court confers with jurors re Jury #8. |
| 9:39 a.m. | Jury excused. Court confers with counsel re Juror #8. |
| 9:40 a.m. | Court recessed. |
| 9:50 a.m. | Trial resumes outside the presence of the jury. Court confers with counsel re Juror #8. |
| 10:11 a.m. | Jury returns. Court confers with jurors re Juror #8. Jury #8 ordered excused from this case and replaced with Alternate #1. |
| 10:12 a.m. | Government makes opening statements. |
| 10:25 a.m. | Defendant makes opening statements. |
| 10:40 a.m. | Witness **Alison Elaine Hitz** called and sworn to testify by Government. [Exhibits Identified/Admitted: 101, 308, 209, 309, 205, 205A, 403, 403A, 218, 208.] |
| 11:42 a.m. | Witness on cross-examination. [Exhibits Identified/Admitted: 218.] |
| 12:00 p.m. | Court recessed. |
| 1:00 p.m. | Trial resumes. Jury returns. Witness resumes on cross-examination. [Exhibits Identified/Admitted: 101, 308, 309, 208.] |
| 2:20 p.m. | Court recessed. |

1

| | |
|---|---|
| 2:40 p.m. | Trial resumes.  Jury returns.  Witness resumes on cross-examination. |
| 2:47 p.m. | Witness on re-direct.  Witness excused unless subpoenaed by Defendant. |
| 2:49 p.m. | Witness **Caleb Moretti** called and sworn to testify by Government. [Exhibits Identified/Admitted:  314, 102, 106.] |
| 3:25 p.m. | Witness on cross-examination.  [Exhibits Identified/Admitted:  314.] |
| 4:08 p.m. | Witness on re-direct. |
| 4:13 p.m. | Witness on re-cross.  Witness excused. |
| 4:15 p.m. | Jury excused and ordered to return on 6/11/2026 at 9:30 a.m.  Court confers with counsel re witnesses to be called and Rule 404(b). |
| 4:25 p.m. | Court Adjourned.  Case continued to **June 11, 2026 at 9:30 a.m.** |