**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B.  SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | **Time in Court:**   **5:15** |
| vs | CASE #:  2:24cr00311-WBS |
| | DATE:   6/11/2026 |
| **DANIEL CHARTRAW** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter:   Abigail Torres |

**Appearance(s)  for Government:**

Jessica Delaney
Joseph Harman

**Appearance(s) for Defendant(s):**

Counsel: Andrew Flier, Retained

Deft:  Present/Out of Custody

**JURY TRIAL (DAY 3):**

| | |
|---|---|
| 9:30 a.m. | Trial resumes.  Jury returns.  Witness **Mattew (Matt) Houston** called and sworn to testify by Government.   [Exhibits Identified and/or Admitted:  101, 201, 302, 303, 305, 304, 306, 307.] |
| 10:16 a.m. | Witness on cross-examination. |
| 11:06 a.m. | Witness on re-direct. |
| 11:13 a.m. | Witness on re-cross.   Witness excused. |
| 11:15 a.m. | Court recessed. |
| 11:30 a.m. | Trial resumes.  Jury returns.  Witness **Chad Ashley Collier** called and sworn to testify by Government.   [Exhibits Identified and/or Admitted:  109, 201, 305.] |
| 12:00 p.m. | Court recessed. |
| 1:15 p.m. | Trial resumes.  Jury returns.  Witness resumes on direct.   [Exhibits Identified and/or Admitted:  307, 204.] |
| 1:34 p.m. | Witness on cross-examination. |
| 2:24 p.m. | Witness on re-direct. |
| 2:28 p.m. | Witness on re-cross.  Witness excused. |
| 2:29 p.m. | Witness **Samir Patel** called and sworn to testify by Government.   [Exhibits Identified and/or Admitted: 110, 101, 201.] |
| 2:45 p.m. | Court recessed. |
| 3:05 p.m. | Witness resumes on direct.  [Exhibits Identified and/or Admitted:  302  .] |
| 3:21 p.m. | Witness on cross-examination.  [Exhibits Identified and/or Admitted:  201, |

| | |
|---|---|
| | 306.]  Witness excused. |
| 3:56 p.m. | Witness **Christian C. Morton, Jr.** called and sworn to testify by Government. [Exhibits Identified and/or Admitted:  310.] |
| 4:30 p.m. | Jury excused and ordered to return on June 12, 2026 at 9:30 a.m.  Court confers with counsel re trial and witness scheduling. |
| 4:35 p.m. | Court Adjourned.  Case continued to **<u>June 12, 2026 at 9:30 a.m.</u>** |