**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | **Time in Court:**  __4:55__ |
| vs | CASE #:  2:24cr00311-WBS__<br>DATE:   __6/12/2026__ |
| **DANIEL CHARTRAW** | Courtroom Deputy: Karen Kirksey Smith<br>Court Reporter:   Abigail Torres__ |

**Appearance(s) for Government:**

Jessica Delaney
Joseph Harman

**Appearance(s) for Defendant(s):**

Counsel: Andrew Flier, Retained

Deft:  Present/Out of Custody

**JURY TRIAL (DAY 4):**

| | |
|---|---|
| 9:30 a.m. | Trial resumes.  Jury returns. Witness **Christian C. Morton, Jr.** resumes on direct. [Exhibits Identified and/or Admitted: 219.] |
| 9:50 a.m. | Witness on cross-examination. |
| 10:45 a.m. | Court Recessed. |
| 11:00 a.m. | Trial resumes. Jury Returns. Witness on re-direct. |
| 11:04 a.m. | Witness on re-cross. Witness excused. |
| 11:08 a.m. | Witness **Clayton Porscha** called and sworn to testify by Government. |
| 11:46 a.m. | Witness on cross-examination. |
| 12:15 p.m. | Court Recessed. |
| 1:30 p.m. | Jury returns.  Court confers with counsel and jurors re trial scheduling. |
| 1:35 p.m. | Witness resumes on cross-examination.   [Exhibits Identified and/or Admitted: II, KK.] |
| 2:38 p.m. | Witness on re-direct. |
| 2:39 p.m. | Witness on re-cross.  Witness excused, unless otherwise subpoenaed by defendant. |
| 2:40 p.m. | Court recessed. |
| 2:55 p.m. | Trial resumes.  Jury returns.  Witness **Jennifer Rose Tate** called and sworn to testify by Government.  [Exhibits Identified and/or Admitted: 112, 117, 106, 404, 311, 406, 405, 407, 408, 409.] |

1

| | |
|---|---|
| 3:49 p.m. | Jury and witness are excused and ordered to return on Monday, June 15, 2026 at 9:30 a.m.  Court confers with counsel re defendant's request to make a motion for mistrial (made at Sidebar).  Counsel argue.  Counsel to submit supplemental briefs re Best Evidence Rule. |
| 4:10 p.m. | Court Adjourned.  Case continued to **June 15, 2026 at 8:30 a.m.**  with counsel. |