**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

---

| | |
|---|---|
| UNITED STATES OF AMERICA | Time in Court:   **3:30** |
| vs | CASE #:  2:24cr00311-WBS |
| | DATE:    6/15/2026 |
| **DANIEL CHARTRAW** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter:   Abigail Torres |

---

**Appearance(s) for Government:**

Jessica Delaney
Joseph Harman

**Appearance(s) for Defendant(s):**

Counsel: Andrew Flier, Retained

Deft:  Present/Out of Custody

---

**JURY TRIAL (DAY 5):**

| | |
|---|---|
| 10:00 a.m. | Trial resumes outside the presence of the jury.  Court confers with counsel re government's brief filed 6/14/2026 (Docket #87) and Defendant's Motion for Mistrial. |
| 9:10 a.m. | Court recessed. |
| 9:25 a.m. | Trial resumes outside the presence of the jury.  Court confers with counsel re Juror #5. |
| 9:33 a.m. | Juror #5 returns and is questioned by the Court. |
| 9:34 a.m,. | Juror #5 is excused.  Court confers with counsel. |
| 9:36 a.m. | Jury #5 returns and is excused from this case by the Court. Court confers with counsel re witness testimony.  Court **DENIES** defendant's motion for mistrial. |
| 9:41 a.m. | Trial resumes.  Jury returns.   Court confers with jurors and replaces Juror #5 with Alt. #1.  Court provides further instructions to the jury. |
| 9:47 a.m. | Witness **Jennifer Rose Tate** resumes on direct by Government. |
| 9:49 a.m. | Witness on cross-examination.  [Exhibits Identified/Admitted: 311.]  Witness excused. |
| 10:02 a.m. | Witness **Rosemary Hennessy** called and sworn to testify by Government.  [Exhibits Identified/Admitted:  102, 106.] |
| 10:25 a.m. | Witness on cross-examination.   [Exhibits Identified/Admitted: 102,  .] |
| 10:50 a.m. | Court recessed. |

1

| | |
|---|---|
| 11:05 a.m. | Trial resumes.  Jury returns.  Witness resumes on cross-examination.  [Exhibits Identified/Admitted: 102.] |
| 11:17 a.m. | Witness on re-direct. |
| 11:23 a.m. | Witness on re-cross.  Witness excused. |
| 11:25 a.m. | Witness **Clayton Porscha** recalled on direct by Government.   [Exhibits Identified/Admitted:  506.] |
| 11:28 a.m. | Witness on re-cross.   [Exhibits Identified/Admitted:  506.]  Witness excused. |
| 11:31 a.m. | Witness **Thomas James Harlan** recalled on direct by Government.   [Exhibits Identified/Admitted: 315, 102.] |
| 12:07 p.m. | Witness on cross-examination.  [Exhibits Identified/Admitted: 315, 106.] Witness excused. |
| 12:28 p.m. | Jury excused and ordered to return on Tuesday, June 16, 2026 at 9:30 a.m. Court confers with counsel re witness testimony and witnesses to be called. |
| 12:30 p.m. | Court Adjourned.  Case continued to **June 16, 2026 at 9:30 a.m.** |