**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | **Time in Court:** __5:25__ |
| vs | CASE #: 2:24cr00311-WBS |
| | DATE: __6/16/2026__ |
| **DANIEL CHARTRAW** | Courtroom Deputy: Karen Kirksey Smith |
| | Court Reporter: Abigail Torres |

**Appearance(s) for Government:**

Jessica Delaney
Joseph Harman

**Appearance(s) for Defendant(s):**

Counsel: Andrew Flier, Retained

Deft: Present/Out of Custody

**JURY TRIAL (DAY 6):**

| | |
|---|---|
| 9:30 a.m. | Trial resumes. Jury returns. Stipulation read into the record by the Government as to **Jt. Exh 2**: Exhibits admitted: 401, 506, 410A, 504, 402, 505. **Jt Exh 3**: Exhibits admitted: 212. |
| 9:37 a.m. | Witness **Christifer Tomoson** called and sworn to testify by Government. [Exhibits Identified/Admitted: 108, 111, 505, 401, 402, 504, 212, 216, 222.] |
| 10:05 a.m. | Witness on cross-examination. [Exhibits Identified/Admitted: 401.] |
| 10:45 a.m. | Court recessed. |
| 11:00 a.m. | Trial resumes. Jury returns. Witness resumes on cross-examination. [Exhibits Identified/Admitted: 401, 504, 402.] |
| 11:40 a.m. | Witness on re-direct. [Exhibits Identified/Admitted: 505.] |
| 11:44 a.m. | Witness on re-cross. [Exhibits Identified/Admitted: 505.] Witness excused. |
| 11:46 a.m. | Witness **Jarnell Stokes** called and sworn to testify by Government. [Exhibits Identified/Admitted: 313, *115, *211.] |
| 12:15 p.m. | Court recessed. |
| 1:30 p.m. | Witness on cross-examination. [Exhibits Identified/Admitted: 313, GGG, NNN.] |
| 2:08 p.m. | Jury excused. Court confers with counsel re defense Exhibits GGG and NNN. Witness taken on *voir dire* by defendant. |
| 2:16 p.m. | Jury returns. Witness resumes on cross-examination by Defendant. [Exhibits Identified/Admitted: NNN.] Witness excused. |

1

| | |
|---|---|
| 2:29 p.m. | Witness **Aleksandr Legkiy** called and sworn to testify by Government. [Exhibits Identified/Admitted: 502.] |
| 2:46 p.m. | Jury excused.  Court confers with counsel re government Exhs. 502, 502A. |
| 3:00 p.m. | Jury returns.  Witness resumes on direct.   [Exhibits Identified/Admitted: 502, 501, 502A, 503A, .] |
| 3:29 p.m. | Jury excused.  Court confers with counsel re witness testimony. |
| 3:40 p.m. | Court recessed. |
| 3:50 p.m. | Trial resumes outside presence of the jury.  Court confers with counsel re witness testimony. |
| 3:52 p.m. | Jury returns.  Witness resumes on direct.   [Exhibits Identified/Admitted: 503A, 410A, 503B.] |
| 4:18 p.m. | Jury and witness excused.  Court confers with counsel re government's Exh. 503B. |
| 4:25 p.m. | Jury returns.  Witness resumes on direct.  [Exhibits Identified/Admitted: 503B.] |
| 4:32 p.m. | Jury and witness are excused and ordered to return on Wednesday, June 17, 2026 at 9:30 a.m.  Court confers with counsel re proposed jury instructions and proposed verdict form (copies provided to counsel). |
| 4:35 p.m. | Court Adjourned.  Case continued to **June  17, 2026 at 9:30 a.m.** |