**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B.  SHUBB, SENIOR JUDGE**

**CRIMINAL TRIAL MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA | Time in Court:  __4:50__ |
| vs | CASE #:  2:24cr00311-WBS ____ <br> DATE:  __6/17/2026_____ <br> Courtroom Deputy: Karen Kirksey Smith <br> Court Reporter:   Abigail Torres _____ |
| **DANIEL CHARTRAW** | |

**Appearance(s)  for Government:**

Jessica Delaney
Joseph Harman

**Appearance(s) for Defendant(s):**

Counsel: Andrew Flier, Retained

Deft:  Present/Out of Custody

**JURY TRIAL (DAY 7):**

| | |
|---|---|
| 9:30 a.m. | Trial resumes.  Jury returns.  Witness **Aleksandr Legkiy** resumes on direct by Government. |
| 9:37 a.m. | Witness on cross-examination.   [Exhibits Identified and/or Admitted:  503C, 506, 503B.] |
| 10:48 a.m. | Jury excused.  Court confers with counsel re witness testimony. |
| 10:50 a.m. | Court recessed. |
| 11:00 a.m. | Trial resumes outside the presence of the jury.  Court confers with counsel re jury instructions.  Defendant informs Court that he will not testify, and that defendant has no witnesses. |
| 11:12 a.m. | Jury returns.  Witness resumes on cross-examination.   [Exhibits Identified and/or Admitted: 501, 302.] |
| 11:26 a.m. | Witness on re-direct.  [Exhibits Identified and/or Admitted: 503C, .] |
| 11:27 a.m. | Witness on re-cross.  Witness excused. |
| 11:28 a.m. | Government reads stipulation into the record **Jt. Exh 1.**   Exhibit JX1 admitted. |
| 11:32 a.m. | Government and Defendant both rest. |
| 11:33 a.m. | Jury excused for recess.  Court confers with counsel re Defendant's Rule 29 Motion.  Counsel argue.  Court **DENIES** said motion. |
| 11: 40 a.m. | Court recessed. |
| 12:45 p.m. | Trial resumes outside the presence of the jury.  Court confers with counsel re jury instructions and verdict form. |

| | |
|---|---|
| 1:24 p.m. | Jury returns.  Government presents closing arguments. |
| 2:09 p.m. | Defendant presents closing arguments. |
| 2:50 p.m. | Court recessed. |
| 3:05 p.m. | Trial resumes outside presence of the jury.  Court confers with counsel re trial scheduling. |
| 3:07 p.m. | Jury returns.  Defendant resumes with closing arguments. |
| 3:40 p.m. | Government presents rebuttal closing arguments. |
| 3:52 p.m. | Jury excused and ordered to return on Thursday, June 18, 2026 at 9:30 a.m.  Court confers with counsel. |
| 3:55 p.m. | Court Adjourned.  Case continued to **June 18, 2026 at 9:30 a.m.** |

**Other:**    Counsel and courtroom deputy review admitted exhibits to go to the jury during deliberations.  Counsel agree to the return of exhibits and sign the Receipt for Exhibits form (filed today).