CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

*PLEASE Read Instruction Page (attached):*

FOR COURT USE ONLY
DUE DATE:

| 1. YOUR NAME Kenneth Chase | 2. EMAIL kchase@chaselaw.com | 3. PHONE NUMBER (305) 402-9800 | 4. DATE 6/23/2026 | |
|---|---|---|---|---|

| 5. MAILING ADDRESS 951 Yamato Road, Suite 280 | 6. CITY Boca Raton | 7. STATE FL | 8. ZIP CODE 33431 |
|---|---|---|---|

| 9. CASE NUMBER 2:24-cr-00311-WBS | 10. JUDGE William B. Shubb | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM 6/10/2026 | 12. TO 6/17/2026 |

| 13. CASE NAME US v. Daniel Chartraw | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**

| | |
|---|---|
| ☐ APPEAL No. | ☑ CRIMINAL |
| ☐ NON-APPEAL | ☐ CIVIL |

☐ CRIMINAL JUSTICE ACT
☐ IN FORMA PAUPERIS

☐ BANKRUPTCY
☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Full day of proceedings | 6/10/2026 | A. Torres |
| ☐ OPENING STATEMENTS | | | 6/10/2026 and 6/17/2026 | 6/17/2026 | A. Torres |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☑ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-HOUR | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | ESTIMATE TOTAL |
|---|---|

| 19. SIGNATURE /s/ Kenneth Chase | PROCESSED BY |
|---|---|
| 20. DATE 6/23/2026 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |