UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Daniel Chartraw,<br>Defendant. | No. 2:24-cr-00311-WBS-1<br><br>ORDER |

----oo0oo----

The district court for the Southern District of California released defendant Daniel Chartraw on a $400,000 cash bond, secured by a 10% cash deposit. (See Docket Nos. 4, 12.) That court ordered defendant Chartraw to report to this court for further proceedings. (See Docket No. 9.) On August 12, 2026, this court received an amount identified as $40,000 of the cash bond from the transferring district.

The Clerk of Court is ordered to receive these funds into the Court's Registry for defendant Daniel Chartraw.

IT IS SO ORDERED.

Dated: August 13, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE