ERIC GRANT
United States Attorney
JESSICA DELANEY
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL CHARTRAW,<br>Defendant. | CASE NO. 2:24-CR-0311 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 28, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on September 28, 2026.

2. By this stipulation, defendant now moves to continue the Judgment and Sentencing until December 14, 2026.

3. The parties agree and stipulate, and request that the Court find the following:

a) Defendant Daniel Chartraw was found guilty of 12 counts of wire fraud on June 18, 2026.

b) Judgment and Sentencing was originally set for September 28, 2026.

c) On July 2, 2026, the probation officer assigned to draft the Presentence Report

contacted defense counsel to schedule an interview with the defendant. Defense counsel responded that same day that that he was out of town but would respond when he returned from a vacation.

d) On August 4, 2026, the probation officer reached out again to discuss scheduling an interview.

e) On August 13, 2026, the probation officer reached out to defense counsel and counsel for the government to note that the draft PSR had been due to her supervisor on August 10, 2026. She requested that defense counsel move for a continuance to allow for an interview.

f) Government counsel requested defense counsel schedule an interview before resetting a date for sentencing. The probation officer and defense counsel agreed to September 17, 2026, for an interview, based in large part on the probation officer's availability.

g) The probation officer requested that the draft PSR not be due until two weeks after the interview.

h) After consulting with the probation officer and the courtroom deputy, it was determined that the earliest date for a judgment and sentencing, given the newly-scheduled interview, was in December. The parties jointly move to set the hearing for December 14, 2026.

i) There is no indication that the delay in scheduling the interview was the fault of the defendant. Based solely upon the potential harm to the defendant if a full presentence report is not prepared, the government does not oppose the requested continuance. As an interview has now been scheduled, the government intends to firmly oppose any further continuance in the matter.

j) The parties request the Court set the following deadlines:

The Draft Presentence Report is due November 2, 2026

Informal Objections to the Presentence Report are due November 16, 2026

The Final Presentence Report is due November 23, 2026

Formal Objections to the Presentence Report are due November 30, 2026

Replies to Objections are due December 7, 2026

k) The probation officer has been consulted and approves of the proposed deadlines.

IT IS SO STIPULATED.

Dated: August 26, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated: August 28, 2026

/s/ ANDREW FLIER
ANDREW FLIER
Counsel for Defendant
DANIEL CHARTRAW

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this ____ day of ___________, _____.

THE HONORABLE William B. Shubb
UNITED STATES DISTRICT JUDGE